**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Nathan Good, Appellant.

Appellate Case No. 2017-002570

---

Appeal From Anderson County
R. Scott Sprouse, Circuit Court Judge

---

Unpublished Opinion No. 2019-UP-161
Submitted April 1, 2019 – Filed May 8, 2019

---

**APPEAL DISMISSED**

---

Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Appellant.

General Counsel Matthew C. Buchanan, of the South Carolina Department of Probation, Parole and Pardon Services, of Columbia, for Respondent.

---

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, THOMAS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.